IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-00323-01-CR-W-DW |
| | ) | |
| SHERYL A. STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 50) submitted by Magistrate Judge Sarah W. Hays. To date, no party has filed objections to the Report and Recommendation. After a review of the record, including the Forensic Evaluation (Doc. 41) submitted by Ryan Nybo, Psy.D., and the applicable law, the Court adopts Judge Hays's determination and finds that Defendant is not presently suffering from a mental disease or defect that would prevent her from understanding the nature and consequences of the proceedings against her or from assisting properly in her defense. Accordingly, the Court concludes that Defendant is mentally competent to stand trial. The Report and Recommendation (Doc. 50) shall be attached to and made a part of this Order

IT IS SO ORDERED.

Date: August 12, 2016 　　　　　　　　　　　　/s/ Dean Whipple　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Dean Whipple
　　　　　　　　　　　　　　　　　　　　　　United States District Judge